# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL MMAXIMOV@MMAXIMOV.COM
TELEPHONE (718) 395-3459
FAX (718) 408-9570

October 4, 2012

**VIA ECF**
Honorable Judge Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:   Civil Action No. CV-12-2509**
            **Miriam Podrigal v. ARS National Services, Inc.**

Dear Honorable Judge Azrack:

      An Initial Conference is presently scheduled for Thursday, October 11, 2012 at 2:30 p.m. The parties are engaged in good faith settlement discussions and as a consequence request an adjournment of the Initial Conference to allow for the resolution of this matter without the court's involvement.

      Counsel for the defendant has consented to the adjournment on the condition that the Initial Conference be scheduled for any date after November 1, 2012. If a settlement has been reached, we will promptly notify the court.

      Thank you for your consideration.

                                            Very Truly Yours,

                                            /s/

                                            Maxim Maximov, Esq.

cc:      VIA E-MAIL AND ECF
           Cindy D. Salvo
           The Salvo Law Firm, P.C.
           1165 Passaic Avenue, Suite 310
           Fairfield, New Jersey 07004
           csalvo@salvolawfirm.com